UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN DOUGLAS SHERMAN,
 Plaintiff,

vs.            Case No.:  3:21cv00537/MCR/ZCB

 A. BURLESON, et al.,
  Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 1, 2022.  (Doc. 87).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 87) is adopted and incorporated by reference in this order.

2. Defendant Centurion's Motion to Dismiss, (Doc. 75), is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 9th day of February 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**