UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN DOUGLAS SHERMAN,
    Plaintiff,

vs.                                                    Case No.:  3:21-cv-537/MCR/ZCB

J.D. HOLLAND, et al.,
    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on March 2, 2023. (Doc. 116).   The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 116) is adopted and incorporated by reference in this order.

2. Defendant Pulley's Motion for Summary Judgment, (Doc. 102), is **DENIED as moot**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 26th day of June 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**